E-filing

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED

08 MAY -5 PM 3: 29

Name __Hutcherson____ ___Charleston___ _____
    (Last)         (First)       (Initial)

Prisoner Number ____0803208____   MONTEREY COUNTY CORRECTIONS

Institutional Address ___P.O. Box 809, Salinas, CA. 93902____

===========================================================================

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

___Charleston James Hutcherson___
(Enter the full name of the
plaintiff in this action)

CV 08 2316 JSW

Case No. _____
(To be provided by the clerk
of court)

vs.

___Monterey County___
___City of Seaside Police department___
___Sgt Glenn Hawano___
___Partime Officer Mark De oliveria___
(Enter the full name of the
defendant(s) in this action)

COMPLAINT UNDER THE CIVIL **(PR)**
RIGHTS ACT, 42 U.S.C § 1983

( ✓ ) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND
(check one only)

All questions on this complaint form must be answered in order
for your action to proceed.

I.   **Exhaustion of Administrative Remedies**

**Note:** You must exhaust your administrative remedies before
your claim can go forward. The court will dismiss any
unexhausted claims.

A.   Place of present confinement ____N/A____

B.   Is there a grievance procedure in this institution?
    YES ( )    NO ( )  N/A

C.   Did you present the facts in your complaint for review
    through the grievance procedure?  YES( )   NO ( ) N/A

1

D.   If your answer is YES, list the appeal number and the date
     and result of the appeal at each level of review.  If you
     did not pursue a certain level of appeal, explain why.

1.   Informal appeal _____ N/A _____

2.   First formal level _____ N/A _____

3.   Second formal level ____ N/A _____

4.   Third formal level ____ N/A _____

E.   Is the last level to which you appealed the highest level of
     appeal available to you?  YES ( ) NO ( ) N/A

F.   If you did not present your claim for review through the
     grievance procedure, explain why. __Not an institutional__

__violation_____

II.  Parties

Write your name and your present address.  Do the same for
additional plaintiffs, if any.

A. Charleston J Hutcherson #0803208

   P.o.Box 809

   Salinas, CA

Write the full name of each defendant, his or her official
position, and his or her place of employment.

B. Sgt Glenn Hawano, Seaside police Department

   Part-Time Officer, Mark De Oliveria, Seaside police Department

   Chief of police Steve Little, Seaside police Department

2

III. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Be
sure to describe how each defendant is involved and to include dates,
when possible.  Do not give any legal arguments or cite any cases or
statutes.  If you have more than one claim, each claim should be set
forth in a separate numbered paragraph.

1.(Racial profiling)

On 2-12-04 I left My Motel room to walk to the
Store. A Marked Seaside police Car accossted Me
As I Crossed the Street, without any reason. Officer
Deoliveria ordered Me to Stop and Identify Myself, he
Then ordered Me to show my hands. Sgt Hanano then
arrived as Officer Deoliveria Continued to give Me
orders. 2.(Violation of My 4th Amendment rights) I refused
at this point, given I hadn't broke any laws, I was then
Forcefully taken to the ground, hancuffed, and Searched by
both officers Hanano, and Deoliveria. Drugs were found/
3.(illegal imprison Ment) on 5-23-06 I was given a life
Sentence due to the illegal acts of these officers
under the Color of Authority. 4.(irrepari ble Mental damage)
As a result of the lengthy Sentence I developed psycotic
problems the will last the rest of My life.

IV.  Relief

Your complaint cannot go forward unless you request specific
relief.  State briefly exactly what you want the court to do for you.
Make no legal arguments; cite no cases or statutes.

I pray the Court award Me 2.000.000 For the racial profiling.
I pray the Court award Me 2.000.000 For the 4th amendment
violation, I pray the Court award Me 4 Million For
the illegal imprisonment. I pray the Court award Me
5.000.000 For the irreparable Mental damage

DATED:  4-18-08

(Plaintiff's signature)

--------------------------------------------------------------------

**VERIFICATION**
(optional)

I am the plaintiff in the above-entitled action.  I have read the
foregoing complaint and know the contents thereof.  The same is true
of my own knowledge, except as to those matters which are therein
alleged on information and belief, and as to those matters, I believe
it to be true.  I declare under penalty of perjury that the foregoing
is true and correct.

Dated:  4-18-08

(Plaintiff's signature)

--------------------------------------------------------------------

**JURY TRIAL DEMAND**
(optional)

I demand a jury trial for all claims for which a jury trial is
allowed.

YES ( ✓ )     NO ( )   (check one only)

Dated:  4-18-08

(Plaintiff's signature)

(rev. 11/98)

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| Plaintiff, | ) ) ) ) | CASE NO. |
| v. | ) ) ) ) | PRISONER'S IN FORMA PAUPERIS APPLICATION |
| Defendant. | ) ) ) | |

I, _____, declare under penalty of
perjury that I am the plaintiff in the above entitled case and
that the information I offer throughout this application is true
and correct. I offer this application in support of my request
to proceed without being required to prepay the full amount of
fees, costs or give security. I state that because of my poverty
I am unable to pay the costs of this action or give security, and
that I believe that I am entitled to relief.

In support of this application, I provide the following
information:

1.   Are you presently employed?   Yes _____   No _____

If your answer is "yes," state both your gross and net salary or
wages per month, and give the name and address of your employer:

Gross: _____ N/A _____   Net: __ N/A __

Employer: ___ N/A ___

If the answer is "no," state the date of last employment and the
amount of the gross and net salary and wages per month which you
received.  (If you are imprisoned, specify the last place of
employment prior to imprisonment.)

N/A   Disabled

2.   Have you received, within the past twelve (12) months, any money from any of the following sources:

a.   Business, Profession or   Yes _____   No _____
     self employment
b.   Income from stocks, bonds,   Yes _____   No _____
     or royalties?
c.   Rent payments?   Yes _____   No _____
d.   Pensions, annuities, or   Yes _____   No _____
     life insurance payments?
e.   Federal or State welfare payments,   Yes __✓__   No _____
     Social Security or other govern-
     ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

__General Assistance $257 monthly (since Dec)__

__Food Stamps  $ 158 monthly    (since Dec)__

3.   Are you married?   Yes _____   No __✓__

Spouse's Full Name: _____ N/A _____

Spouse's Place of Employment: _____ N/A _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ N/A _____   Net $_____ N/A _____

4.   a.   List amount you contribute to your spouse's support:

$ _____ N/A _____

     b.   List the persons other than your spouse who are dependent
          upon you for support and indicate how much you contribute
          toward their support:

__Charleston James Hutcherson (what I can)__

__Christina Marie Hutcherson (what I can)__

5.   Do you own or are you buying a home?   Yes _____   No __✓__

Estimated Market Value: $ __N/A__ Amount of Mortgage: $ __N/A__

6.   Do you own an automobile?   Yes __✓__   No _____

Make __Chevorlet__   Year __90__   Model __Lumina__

Is it financed? Yes _____ No __✓__ If so, Total due: $ __OO__

Monthly Payment: $ __OO__

rev. 11/97                    3

Case Number:_____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of
the prisoner's trust account statement showing transactions of
HUTCHERSON, CHARLESTON , for the last six months at
[prisoner name]

Monterey County Jail_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this
prisoner's account for the most recent 6-month period were $ 75.00
and the average balance in the prisoner's account each month for
the most recent 6-month period was $ 26.01 .

Dated: 4/30/08

Vicky Haynes
Authorized officer of the institution

rev. 11/97                    5