Dear Clerk,                                              5-26-08

the application that you
sent me in early may has not been
returned, and I remember that it was
a 30 day response period, ... my action
would be dismissed, well I'm asking for
another application, and extention. I've
written the trust account office several
Times to let them Know I needed the forms
I sent them back, so that my filing could
move on, but the information and record
of my account you requested has not been
returned.

Also I'm representing myself
so could you please explain every thing
in the simplest terms, plus keep in mind
that I have very limited access to law
libriary.            550      Sincereley

   3 16                      Charleston
   JJ W                        James
                              Hutcherson

                              CV 08 2316
                                 JSW
                                 (PR)