Dear Clerk of US District,  FILED  6-22-08

I wrote to you last month concerning sending me another financial discloser sheet, because the trust office here had not returned the previous one, I also asked for an extention, because the thirty day time period was almost up.

You never responded back, I am gonna make sure this is sign and dated because mail has been a problem here, I've even written a grievance to the local E.O.O. Equal opportunity office.

I am doing this pro per so theres only so much I can do, I have served the parties through the mail, Can you please inform me of the status of my case, and let me know the steps to take to rectify the problem.

My case number CV 08 2316 JSW

J16
550

Respectfully

Charleston Hutcherson

0803208