IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLESTON J. HUTCHERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MONTEREY COUNTY, CITY OF SEASIDE POLICE DEPARTMENT, SGT. GLENN HANANO, OFFICER MARK DEOLIVERIA,<br><br>    Defendants. | No. C 08-2316 JSW (PR)<br><br>**ORDER REGARDING DEFENDANTS' NOTICE TO THE COURT**<br><br>(Docket No. 2) |

In response to the Court's order of service, Defendants Hanano and DeOliveria previously requested an extension of time to file a dispositive motion, which was GRANTED (docket no. 12) and Defendants were provided with up to February 2, 2009 to file a dispositive motion. On January 30, 2009, Defendants filed a notice with the Court that they were not prepared to file a dispositive motion. However, Defendants did not seek relief from the Court's deadline. If Defendants cannot comply with the Court's scheduling order, they must seek relief from the deadline by way of a properly supported motion.

IT IS SO ORDERED.

DATED: February 24, 2009

                                    JEFFREY S. WHITE
                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLESTON J. HUTCHERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MONTEREY COUNTY et al,<br><br>    Defendant._____ / | Case Number: CV08-02316 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charleston J. Hutcherson
08083208
P.O. Box 809
Salinas, CA 93902

Dated: February 24, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk