IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLESTON J. HUTCHERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>MONTEREY COUNTY, CITY OF SEASIDE POLICE DEPARTMENT, SGT. GLENN HANANO, OFFICER MARK DEOLIVERIA,<br><br>  Defendants.<br>_____ | No. C 08-2316 JSW (PR)<br><br>**ORDER REGARDING DEFENDANTS' FAILURE TO COMPLY WITH COURT ORDER** |

On February 24, 2009, in response to a notice from Defendants that they could not file a dispositive motion by the scheduled date, this Court ordered them to seek relief from the February 2, 2009 deadline by way of a properly supported motion for an extension. No such extension request has been filed by Defendants. However, on April 15, 2009, Plaintiff requested the Court to grant summary judgment in his favor on the complaint based on Defendants failure to comply with the Court order or, in the alternative, to provide him with Defendants' filings responsive to this Court's order (docket no. 15). Defendants are ordered to comply with this Court's February 24, 2009 order by filing a dispositive motion or a motion seeking an enlargement of time and to file a response to Plaintiff's motion within ten days of the date of this order. Failure to do so may result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: May 11, 2009

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLESTON J. HUTCHERSON,<br><br>       Plaintiff,<br><br>  v.<br><br>MONTEREY COUNTY et al,<br><br>       Defendant.<br>_____ / | Case Number: CV08-02316 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 11, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charleston J. Hutcherson
G57575
P.O. Box 4999
Delano, CA 93216

Dated: May 11, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk