1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLESTON J. HUTCHERSON,        )   No. C 08-2316 JSW (PR)
                                 )
Plaintiff,                       )   **ORDER GRANTING MOTION**
                                 )   **SEEKING EXTENSION OF**
                                 )   **MOTION**
                                 )
v.                               )   (Docket No. 31)
                                 )
MONTEREY COUNTY, CITY OF         )
SEASIDE POLICE DEPARTMENT,       )
SGT. GLENN HANANO, OFFICER       )
MARK DEOLIVERIA,                 )
                                 )
Defendants.                      )
_____

        For good cause shown, Plaintiff's motion seeking an extension of time in which to

file an opposition to the motion for summary judgment is GRANTED (docket no. 28).

Plaintiff shall file his opposition on or before February 15, 2010.  No further extensions

will be granted except upon a showing of exceptional circumstances.

        IT IS SO ORDERED.

DATED:  January 14, 2010

                                    _____
                                    JEFFREY S. WHITE
                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHARLESTON J. HUTCHERSON,

          Plaintiff,

  v.

MONTEREY COUNTY et al,

          Defendant.

_____/

Case Number: CV08-02316 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charleston J. Hutcherson
G57575
P.O. Box 4999
Delano, CA 93216

Dated: January 14, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk