IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLESTON J. HUTCHERSON,<br><br>            Plaintiff,<br><br>   v.<br><br>MONTEREY COUNTY, CITY OF SEASIDE POLICE DEPARTMENT, SGT. GLENN HANANO, OFFICER MARK DEOLIVERIA,<br><br>            Defendants. | No. C 08-2316 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO APPEAL** |

   Plaintiff, a prisoner of the State of California currently incarcerated at North Kern State Prison in Delano, California, filed a pro se civil rights complaint under 42 U.S.C. § 1983. On March 31, 2010, defendants' motion for summary judgement was granted. On May 10, 2010, plaintiff filed a notice of appeal. On June 30, 2010, the Ninth Circuit remanded the case to this Court for a ruling on plaintiff's request for an extension of time to appeal that was included in the notice of appeal. Good cause appearing, plaintiff's request for an extension of time in which to file an appeal is GRANTED. *See* Fed. R. App. P. 4(a)(5).

   IT IS SO ORDERED.

DATED: November 1, 2010

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLESTON J. HUTCHERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MONTEREY COUNTY et al,<br><br>    Defendant.<br>_____/ | Case Number: CV08-02316 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Charleston J. Hutcherson
G57575
P.O. Box 4999
Delano, CA 93216


Dated: November 1, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk